IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-13 |
| | ) | |
| v. | ) | District Judge Kim R. Gibson |
| | ) | |
| CAMBRIA COUNTY PRISON; ET AL., | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* (ECF No. 1) on January 25, 2012, and was referred to a United States magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On November 15, 2012, the magistrate judge filed a Report and Recommendation (ECF No. 46) recommending that the Motion to Dismiss filed by the Medical Defendants (ECF No. 30) be granted and that the Motion to Dismiss filed by the County Defendants (ECF No. 33) be granted. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until December 3, 2012 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of December, 2012:

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by the Medical Defendants (ECF No. 30) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by the County Defendants (ECF No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 46) dated November 15, 2012, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Kim R. Gibson
United States District Judge

Brian Clark
DX-5966
SCI Cresson
P.O. Box A
Cresson, PA 16699-0001